**MEMO ENDORSED**



Maria-Costanza Barducci
BARDUCCI LAW FIRM
5 West 19th Street, 10th Floor
New York, New York 10011
(212) 433-2554

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/17/2020
```

June 11, 2020

**Via CM/ECF Only**
Honorable Valeria E. Caproni
United States District Judge
Southern District of Florida
40 Foley Square, Room 240
New York, New York 10007

RE:  *Michael Adams vs. Famous Calabria Pizza LLC, et al.*
  Case No.: 1:20-cv-01304-VEC
  *Letter-Motion for Adjournment of Conference*

Dear Judge Caproni,

  I represent Plaintiff in the above-referenced matter.

  The Initial Pretrial Conference is scheduled for June 19, 2020 [per DE#7].

  Defendants appeared in this action on June 10, 2020, and the parties have not yet had the opportunity to discuss this matter and attempt to come to any resolution.

  Plaintiff requests a thirty (30) day adjournment of the Initial Pretrial Conference to allow the parties time to discuss this matter and attempt to come to a resolution.

  This is the first request for an adjournment of the Initial Pretrial Conference.

  This adjournment will not affect any other deadlines or hearings.

  Defendants consent to this request.

  Thank you for your consideration.

> Respectfully submitted,
>
> s/ Maria-Costanza Barducci
> Maria-Costanza Barducci, Esq. (5070487)
>   *Attorney for Plaintiff*
> BARDUCCI LAW FIRM, PLLC

Via CM/ECF Only

---

Application GRANTED. The IPTC is adjourned to **July 24, 2020, at 10:00 a.m.** The parties' joint letter and proposed CMP are due no later than **July 16, 2020**. Before **July 10, 2020**, the parties must meet and confer for at least one hour in good faith to attempt to settle this case. The Court will not grant another adjournment absent extraordinary circumstances.

SO ORDERED.

*[signature]* 6/17/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE