```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/16/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Michael Adams,

                  Plaintiff,

-against-

Famous Calabria Pizza LLC et al.,

                  Defendants.

1:20-cv-01304 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    It is hereby Ordered that the Initial Pretrial Conference, previously scheduled for July 24, 2020 at 10:00 a.m., shall go forward on the same date and time before the undersigned and shall occur via telephone. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

    It is further Ordered that the parties shall file a Report of Rule 26(f) Meeting and Proposed Case Management Plan, available at https://nysd.uscourts.gov/hon-stewart-d-aaron at least one week prior to the scheduled conference. Counsel who disagree about the dates or other terms of the proposed schedule shall also file, on the same date, a joint letter briefly explaining the dispute.

**SO ORDERED.**

DATED:    New York, New York
               July 16, 2020

                                                */s/ Stewart D. Aaron*
                                                _____
                                                STEWART D. AARON
                                                United States Magistrate Judge