USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __10/19/2020__

MARIA-COSTANZA BARDUCCI
# BARDUCCI LAW FIRM
5 WEST 19TH STREET, 10TH FLOOR
NEW YORK, NEW YORK 10011
(212) 433-2554

**October 19, 2020**

**Via CM/ECF Only**
Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District of Florida
500 Pearl Street
New York, NY 10007

> Request GRANTED. The telephonic initial conference is hereby adjourned to November 9, 2020 at 2:00 p.m. SO ORDERED.
> Dated: 10/19/2020
> *[signed] Stewart D. Aaron*

RE:   *Michael Adams vs. Famous Calabria Pizza LLC, et al.*
      Case No.: 1:20-cv-01304-VEC
      *Letter-Motion for Adjournment of Conference*

Dear Judge Aaron,

I represent Plaintiff in the above-referenced matter.

The Initial Pretrial Conference is scheduled for October 22, 2020 [per DE#22].

The parties are continuing their settlement discussions after Defendant obtained an engineer to inspect the property as it relates to the violations listed in the complaint.

Plaintiff requests a twenty (20) day adjournment of the Initial Pretrial Conference to allow the parties time to discuss this matter and attempt to come to a resolution. Defense counsel has also advised that he is unavailable all Thursdays in November, as well as November 25, 2020.

This is the second request for an adjournment of the Initial Pretrial Conference.

This adjournment will not affect any other deadlines or hearings.

Defendants consent to this request.

Thank you for your consideration.

Respectfully submitted,

s/ Maria-Costanza Barducci
Maria-Costanza Barducci, Esq. (5070487)
   *Attorney for Plaintiff*
BARDUCCI LAW FIRM, PLLC

Via CM/ECF Only